

March 3, 2022

Hon. Gary R. Brown
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    Sepetci v. Philbin, et al.
             20-CV-2626

Dear Judge Brown,

    This office represents Sayat Sepetci. We are writing on consent of the defense to notify the Court that discovery in this matter is complete and the parties are ready to set the matter down for trial.

    Thank you for your consideration.

                                              Respectfully,

                                              /s/ *Alexander Klein*
                                              Alexander Klein