**LAURA CURRAN**
**County Executive**

**JARED A. KASSCHAU**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

January 16, 2024

Via ECF
Hon. Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Sayat Sepetci v. Philbin, et al.*
20-CV-2626 (GRB)(ARL)

Your Honor:

The Nassau County Attorney's Office represents all defendants in this action, in which a jury trial is scheduled to commence on Monday, January 22, 2024. I am writing with the consent of plaintiff's attorney, Alex R. Klein, Esq. to advise the Court that this afternoon, all parties have reached a financial settlement, thereby obviating the need for a trial. The parties will file a Stipulation and Order of Dismissal once the settlement funds have been received by plaintiff's attorney.

As always, the parties thank Your Honor for your attention and consideration in this matter.

Respectfully,

*/S Ralph J. Reissman*
Ralph J. Reissman
Deputy County Attorney

cc: Alexander R. Klein, Esq. (*Via ECF Only*)
*Attorney for Plaintiff*

**ONE WEST STREET - MINEOLA, NEW YORK 11501-4820**
**516-571-5775, FAX: 516-571-3058**
**WRITER'S DIRECT LINE: 516-571-5775**
**WRITER'S E-MAIL: PFERNANDEZ@NASSAUCOUNTYNY.GOV**